This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36

**SYSTEM GENERAL CORP.,**
Appellant,

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Power Integrations, Inc., Intervenor.**

No. 2007–1082.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2007.

J. Michael Jakes, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, D.C., argued for appellant. On the brief was Elizabeth A. Niemeyer.

Michelle Walters, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With her on the brief were James M. Lyons, General Counsel, and Wayne W. Herrington, Assistant General Counsel.

Howard G. Pollack, Fish & Richardson P.C., of Redwood City, California, argued for intervenor. With him on the brief were Michael R. Headley, and Frank E. Scherkenbach, of Boston, Massachusetts. Of counsel were Tamara Fraizer, of Redwood City, California, and William E. Sekyi, of Washington, DC.

Before NEWMAN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.